**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

ALEMNIS SIGFRIDO LOPEZ CRAWFORD,

Petitioner,

v.

DAVID VENTURELLA, *et al.*,

Respondents.

Case No.: 2:26-cv-03112-RFB-BNW

**ORDER**

On September 25, 2026, Petitioner Alemnis Sigfrido Lopez Crawford initiated this *pro se* immigration habeas proceeding under 28 U.S.C. § 2241 by submitting a document titled, in part, "Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 With Request[s][,]" and paid the $5 filing fee. See ECF Nos. 1, 1-1. Petitioner also filed a host of motions seeking emergency relief, including releasing him from custody and staying his possible removal. ECF Nos. 2, 3, 4, 5. The Court has entered its Standard Procedures for *Pro Se* Immigration Habeas Petitions in the instant case appointing Petitioner counsel and enjoining Respondents from removing him from this District. ECF No. 8. Since entry of that order, the Court has become aware that Petitioner has another pending habeas proceeding in this District that is counseled: Crawford v. Blanche, No. 2:26-cv-01552-CDS-BNW ("Blanche"). The Court in Blanche entered an order granting the writ in part, requiring that Respondents provide Petitioner with a bond hearing by July 6, 2026. Id. at ECF No. 14. Petitioner then filed a counseled Motion to Enforce Petitioner's Writ of Habeas Corpus, which is briefed and pending a decision. See id. at ECF Nos. 16, 18, 19. The Court is aware that Petitioner filed another counseled habeas proceeding under 28 U.S.C. § 2241 that was dismissed as duplicative of Blanche. See Crawford v. Blanche, No. 3:26-cv-00422-CDS-BNW, ECF Nos. 1, 7.

Accordingly, **IT IS HEREBY ORDERED** that, on or before **October 8, 2026**, Petitioner must, with the assistance of his attorney Sylvia L. Esparza, confer with Petitioner's appointed counsel in this instant case and determine which habeas proceeding and counsel Petitioner intends to proceed with or if Petitioner will pursue parallel proceedings and/or counsel.

**IT IS FURTHER ORDERED** that, on or before **October 8, 2026**, Petitioner must, with the assistance of appointed counsel, file a notice with the Court stating how he intends to proceed.

**IT IS FURTHER ORDERED** that, if Petitioner does not intend to proceed in this instant case, then on or before **October 8, 2026**, Petitioner must, with the assistance of appointed counsel, file a notice under Federal Rule of Civil Procedure 41(a)(1)(A)(i) voluntarily dismissing this case.

The Clerk of Court is **DIRECTED** to send a courtesy copy of this Order to Petitioner's attorney Sylvia L. Esparza in Crawford v. Blanche, No. 2:26-cv-01552-CDS-BNW at sylvia@sylviaesparzalaw.com.

**DATED:** October 5, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**