**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

ALEMNIS SIGFRIDO LOPEZ CRAWFORD,

Petitioner,

v.

DAVID VENTURELLA, *et al.*,

Respondents.

Case No.: 2:26-cv-03112-RFB-MDC

**ORDER**

The Court entered its Standard Procedures for *Pro Se* Immigration Habeas Petitions Order on September 28, 2026, setting deadlines for the parties relevant to this case. ECF No. 8. It also ordered Petitioner to file notice how he intends to proceed in this action considering his other then-pending habeas proceeding: Lopez Crawford v. Blanche, No. 2:26-cv-01552-CDS-BNW. ECF No. 19. The Court extended the deadline for Petitioner to file an amended petition or traverse to October 29, 2026. ECF No. 22. The parties did not complete their briefing as ordered. See ECF No. 18 (last substantive filing). Moreover, it appears from documents filed in Petitioner's other case that he was released from custody on October 22, 2026. See 01552 Case at ECF Nos. 30, 31.

Accordingly, **IT IS HEREBY ORDERED** that, within **7 days** of this Order, Petitioner must show cause why this case should not be dismissed for failing to obey the Court's orders and mootness. Alternatively, Petitioner may file the appropriate document under Federal Rule of Civil Procedure 41(a) to voluntarily dismiss this action without prejudice.

**DATED:** November 6, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**